IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:08-CR-021-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| DEMOND SHEVIN DIXON, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 156) filed February 10, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 156) is **GRANTED**. The Order of Continuing Garnishment in this case (Document No. 155) is hereby **DISMISSED**.

**SO ORDERED**.

Signed: February 10, 2023

David C. Keesler
United States Magistrate Judge