IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:08-CR-021-KDB-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| DEMOND SHEVIN DIXON, | ) | |
| Defendant, | ) | |
| and | ) | |
| SNYDER'S LANCE INC., | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 171) filed December 30, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government reports that Defendant Dixon is no longer employed by the Garnishee. (Document No. 171).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 171) is **GRANTED**. The "Order Of Continuing Garnishment" (Document No. 168) filed in this case against Defendant Demond Shevin Dixon is **DISMISSED**.

**SO ORDERED**.

Signed: December 30, 2024

David C. Keesler
United States Magistrate Judge